NEW JERSEY HIGHWAY AUTHORITY, PLAINTIFF-RE-SPONDENT, v. KATHERINE S. ACKERSON, DEFENDANT-PETITIONER.

*Messrs. Heuser, Heuser & DeMaio* for the petitioner.

*Mr. Walter Goldberg* for the respondent.

May 28, 1962. Denied.

FRIEDA HOELLER, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. LOUIS D. COLEMAN, DEFENDANT-PETITIONER.

See same case below: 73 *N. J. Super.* 502.

*Mr. Edward F. Broderick* and *Mr. Samuel O. Offen* for the petitioner.

*Messrs. Connolly, Vreeland & Connolly* for the respondents.

October 15, 1962. Denied.